1 | BENJAMIN B. WAGNER
United States Attorney
2 | KEVIN C. KHASIGIAN
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, CA 95814
4 | Telephone: (916)554-2700

**FILED**

JUL 1 3 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY 
       DEPUTY CLERK

5 | Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE SEIZURE OF: | 2:11-SW-00554-CKD |
|---|---|
| ALL FUNDS MAINTAINED AT WELLS FARGO BANK ACCOUNT NUMBER 1328139793, HELD IN THE NAME OF NONG VUE, | 2:11-SW-00555-CKD  2:11-SW-00556-CKD  2:11-SW-00557-CKD |
| ALL FUNDS MAINTAINED AT TD AMERITRADE ACCOUNT NUMBER 757-895490, HELD IN THE NAME OF SAI VANG, | ORDER RE: REQUEST TO UNSEAL SEIZURE WARRANTS AND SEIZURE WARRANT AFFIDAVIT |
| ANY AND ALL MONEY, NEGOTIABLE INSTRUMENTS, SECURITIES OR OTHER THINGS OF VALUE INSIDE SAFETY DEPOSIT BOX NUMBER 8557B AT BANK OF AMERICA, 1830 DEL PASO BLVD., SACRAMENTO, CALIFORNIA, and | |
| ALL FUNDS MAINTAINED AT WELLS FARGO BANK ACCOUNT NUMBER 3189851920, HELD IN THE NAME OF NONG VUE, | |
| DEFENDANTS. | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the seizure warrant and seizure

1                                                Order Re: Request to Unseal

1 | warrant affidavit in the above-captioned proceeding be and are hereby
2 | unsealed.
3 | Date: July 12, 2012

KENDALL J. NEWMAN
United States Magistrate Judge